# Order

Michigan Supreme Court
**Lansing, Michigan**

November 6, 2013

147425-7

RUDY LOZANO, as Personal Representative
of the Estate of JON ALEXANDER
JARZEMBOWSKI,
        Plaintiff-Appellee,

v

DETROIT MEDICAL CENTER and HARPER-
HUTZEL HOSPITAL, d/b/a HARPER HOSPITAL,
        Defendants-Appellees,

and

DR. ALFREDO LAZO and DR. L. REYNOLDS
ASSOCIATES, P.C.,
        Defendants-Appellants.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147425-7
COA: 300463; 300751; 306703
Wayne CC: 05-504343-NH

On order of the Court, the application for leave to appeal the April 16, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 6, 2013



Clerk

d1030